# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**CHOON'S DESIGN, INC.**,
a Michigan corporation,

    Plaintiff

Case No.: 4:13-cv-13569-TGB-MKM

v.

Hon. Terrence G. Berg

**LAROSE INDUSTRIES, LLC**,
a New Jersey limited liability company, and
**TOYS "R" US – DELAWARE, INC.**,
a Delaware corporation.

    Defendants

---

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Upon the stipulation of the parties to dismiss this action, with prejudice and without fees or costs to any of the parties, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that this action, including all claims and counterclaims in the action, is dismissed with prejudice, subject to the terms and conditions of the Confidential Settlement Agreement.

**IT IS HEREBY FURTHER ORDERED** that this Order disposes of the last pending claim and closes the case.

**IT IS SO ORDERED**.

Date: January 9, 2015                     s/Terrence G. Berg_____
                                          Honorable Terrence G. Berg

**Stipulated and Agreed to as to Form and Substance:**

| | |
|---|---|
| CARLSON, GASKEY & OLDS, P.C. | DICKINSON WRIGHT PLLC |
| | |
| By: /s/Brian S. Tobin_____ | By:   /s/ L. Pahl Zinn_____ |
| Theodore W. Olds, III (P42004) | L. Pahl Zinn (P57516) |
| John M. Siragusa (P62573) | 500 Woodward Ave., Suite 4000 |
| Brian S. Tobin (P67621) | Detroit, MI 48226-3425 |
| 400 W. Maple, Suite 350 | Telephone: (313) 223-3500 |
| Birmingham, Michigan  48009 | Facsimile: (313) 223-3598 |
| Telephone:  (248) 988-8360 | pzinn@dickinsonwright.com |
| Facsimile:  (248) 988-8363 | |
| Email: tolds@cgolaw.com | |
|        jsiragusa@cgolaw.com | GREENBERG TRAURIG, LLP |
|        btobin@cgolaw.com | |
| | By: /s/ Ralph W. Selitto, Jr._____ |
| *Counsel for Plaintiff* | Ralph W. Selitto, Jr. |
| *Choon's Design, Inc.* | Joseph Agostino |
| | William Stroever |
| | 200 Park Avenue |
| | Florham Park, NJ 07932 |
| | Telephone: (973) 443-3550 |
| | selittor@gtlaw.com |
| | agostinoj@gtlaw.com |
| | stroeverw@gtlaw.com |
| | |
| | *Counsel for Defendants LaRose Industries, LLC and Toys"R"Us - Delaware, Inc.* |