AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____for the Eastern District of Michigan____ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>13-13569 | DATE FILED<br>8/19/2013 | U.S. DISTRICT COURT<br>for the Eastern District of Michigan |
|---|---|---|
| PLAINTIFF<br><br>Choon's Design, LLC | | DEFENDANT<br><br>LaRose Industries, LLC et al |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | see attached |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| STIPULATED ORDER DISMISSING CASE |

| CLERK<br>David J Weaver | (BY) DEPUTY CLERK<br>S. Schoenherr | DATE<br>1/21/2016 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHOON'S DESIGN, LLC,

                    Plaintiff(s),        Case No. 2:13-cv-13569

v.                                                      Judge Terrence G. Berg

LAROSE INDUSTRIES, LLC, and        Magistrate Judge Mona K. Majzoub
TOYS "R" US, INC,

                    Defendant(s).
_____/

### REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court, <u>Eastern District of Michigan</u>, on the following ☑ Patents or ☐ Trademarks

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,485,565 | July 16, 2013 | Choon's Design, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

To list additional patent/trademark numbers, please attach another page with the number, date and holder.

Date: August 21, 2013

/s/ Brian S. Tobin
P67621
Carlson, Gaskey & Olds, P.C.
400 W. Maple Rd.
Suite 350
Birmingham, MI 48009
(248) 988-8360
btobin@cgolaw.com